Marshall Beil (MB-0992)
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Tel: (212) 548-7004
Fax: (212) 715 2319

B. Trent Webb (admitted pro hac vice)
Adam P. Seitz (admitted pro hac vice)
Beth Larigan (admitted pro hac vice)
Jennifer Riggs (admitted pro hac vice)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550
*Attorneys for Defendant
Nike, Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
DIPLOMATIC MAN, INC.,                :  Civil Action No. 08 Civ 0139 (GEL)

                     Plaintiff,    :

vs.                                  :

NIKE, INC.,                          :

                     Defendant, Counter-   :  **FINAL JUDGMENT AND ORDER**
                     Claimant and Third-
                     Party Plaintiff,      :

vs.                                  :

LaRON JAMES a/k/a JUELZ SANTANA and   :
SANTANA'S WORLD,

                     Third-Party
                     Defendants.
------------------------------------X

       The issues in the above-captioned action having been heard by the Honorable

Gerard E. Lynch, United States District Judge, and the Court having entered an order

dismissing Plaintiff Diplomatic Man, Inc.'s complaint with prejudice, pursuant to Federal Rule

of Civil Procedure 41(b), on December 17, 2008 (Doc. 37), and having dismissed Nike, Inc.'s third-party complaint against LaRon James a/k/a Juelz Santana and Santana's World without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), on April 7, 2009 (Doc. 48), and by orders dated April 7, 2009 (Doc. 48) and April 30, 2009 (Doc. 50) awarded Defendant Nike, Inc. attorneys' fees and costs in the total amount of $414,596.34.

Upon the application of Defendant Nike, Inc., by and through its attorneys, it is hereby ORDERED and ADJUDGED that:

a) The complaint filed by Plaintiff Diplomatic Man, Inc. is DISMISSED with prejudice, and

b) The third-party complaint filed by Nike, Inc. against Juelz Santana and Santana's World is DISMISSED without prejudice; and

c) Plaintiff Diplomatic Man, Inc. shall pay to Defendant Nike, Inc. the sum of $414,596.34, plus post-judgment interest at the statutory rate until paid in full; and

d) Defendant Nike, Inc. shall have execution thereon.

Service of this Final Judgment and Order upon Diplomatic Man, Inc. c/o Elite Financial Management, 744 Broad Street (16th floor), Newark, NJ 07102, shall constitute adequate notice of the entry of the Final Judgment and Order.

ENTER:

_____
Gerard E. Lynch
United States District Judge

Dated: New York, New York
August 24, 2009

CERTIFIED AS A TRUE COPY ON

THIS DATE _3/28/17_

BY _____
( ) Clerk
(✓) Deputy