UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIPLOMATIC MAN, INC.,<br><br>        Plaintiff,<br><br>    - vs -<br><br>NIKE, INC.,<br><br>        Defendant, Counterclaimant,<br>        and Third-Party Plaintiff,<br><br>    - vs -<br><br>LARON JAMES A/K/A/ JUELZ SANTANA AND SANTANA'S WORLD,<br><br>        Third-Party Defendants. | C.A. 17-mc-00104-BRM<br><br><br><br><br><br><br><br>ORDER |

## ORDER GRANTING NIKE'S MOTION TO COMPEL DISCOVERY AND SANCTIONS AGAINST PRINCIPAL SUBPOENAED PARTIES

This matter having been brought before the Court by Judgement Creditor, Defendant/Counterclaimant/Third-Party Plaintiff Nike, Inc. ("Nike" or the "Judgement Creditor"), pursuant to Fed.R.Civ.Pro.37(a), for an Order to Compel Discovery and Sanctions against Cameron E. Giles, Elite Financial Management, Dipset Touring Corporation, and Dipset Touring, Inc. (the "Principal Subpoenaed Parties") for their failure to respond to individual Subpoenas to Answer and

Produce Documents, and the Court having considered the moving papers, and the opposition thereto, if any, and for good cause shown,

IT IS HEREBY ORDERED THAT:

Within twenty (20) days from the date service of this Order:

The Principal Subpoenaed Parties provide full and complete answers to the Subpoenas.

The Principal Subpoenaed Parties may be required to pay Judgement Creditor's reasonable expenses associated with the preparation of its Motion to Compel Discovery, including reasonable attorneys' fees, upon the filing of a certification of services by Counsel for Judgement Creditor. The Principal Subpoenaed Parties shall have ten (10) days from receipt of the certification to object to same.

IT IS SO ORDERED.

Dated: 7/2/19

_____
Judge, United States District Court
District of New Jersey